UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. <u>17-20704-CR-Graham</u>

UNITED STATES OF AMERICA,

vs.

JULIAN ROSERO BONILLA,

    Defendant.
_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, are sufficient to prove the Defendant's guilt for conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

On August 20, 2017, while on routine patrol in the Eastern Pacific Ocean, a Marine Patrol Aircraft (MPA), detected a 60-foot gray enclosed Low Profile Vessel (LPV) with three outboard engines approximately 185 nautical miles west of Isle de Coco, Costa Rica. The LPV rides lower in the water and is uniquely designed to avoid detection as it travels on international waters. The LPV was heading north at approximately 7 knots. The United States Coast Guard ("USCG") Cutter James was approximately 20 nautical miles away and diverted to intercept the LPV. The USCG Cutter James closed within 15 nautical miles and launched two smaller boats, an Over the Horizon (OTH) and a Long Range Interceptor (LRI), to intercept the LPV.

The OTH and LRI closed the distance and the LRI issued warning shots, and the LPV came dead in the water. Three crew members on board the LPV disembarked and were brought on board the LRI for safety. The master of the vessel, ALEXANDER GONZALEZ MOSQUERA, claimed Colombian nationality for himself and the other crew, JULIAN ROSERO BONILLA and EDWIN RENTERIA. There was no indicia of nationality on the vessel. There was no verbal claim of nationality or registry by the master or an individual in charge of the vessel. In fact, during the

initial questioning, the crew indicated to the USCG that the vessel was not registered in any nation. Thus, the USCG treated the vessel as without nationality and subject to the jurisdiction of the United States of America. During the initial questioning, the crew indicated to the Coast Guard boarding team's Spanish speaker that the purpose of the voyage was "transporting cocaine" and that they departed from Colombia and were destined for Guatemala and had been on this journey for approximately 5 days.

The boarding team was then granted authority to conduct a minimally intrusive search into the cargo hold consisting of 6 holes for borescope insertion. Members of the boarding team stated that bales were visible in plain view within the cargo hold. Then, they were authorized to cut a 4' by 6' hole cut into the top of the cargo hold for access. The Coast Guard recovered 20 bales from the inside of the LPV, weighing approximately 436 kilograms (436 bricks), which field tested positive as cocaine. The USCG seized the drugs and detained the crew.

On September 20, 2017, the USCG transferred custody of the three crew members to United States law enforcement officers, who, on that same date escorted them to Broward County, in the Southern District of Florida, where they first entered the United States.

Post-Miranda, GONZALEZ MOSQUERA and ROSERA BONILLA indicated that they were paid to transport drugs on the vessel.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 11/9/17     By: _____
                      TIMOTHY J. ABRAHAM
                      ASSISTANT UNITED STATES ATTORNEY

Date: 11/9/17     By: _____
                      VICTOR EDWARD ROCHA
                      ATTORNEY FOR DEFENDANT

Date: 11/9/17     By: *Julian Rosero Bonilla*
                      JULIAN ROSERO BONILLA
                      DEFENDANT